UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Zelma Dudley

      Plaintiff,   Case No. 1:15-cv-08821-JMF

  -against-

Hanzon Homecare Services, Inc.,
et al.    Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

    Britt Condell Hamilton
    _____
    FILL IN ATTORNEY NAME

My SDNY Bar Number is: BH2333  My State Bar Number is 5019518

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM: FIRM NAME: Kasowitz, Benson, Torres & Friedman, LLP
    FIRM ADDRESS: 1633 Broadway
    FIRM TELEPHONE NUMBER: (212) 542-4722
    FIRM FAX NUMBER: (212) 506-1800

NEW FIRM: FIRM NAME: DLA Piper LLP (US)
    FIRM ADDRESS: 1251 Avenue of the Americas, 27th Floor
    FIRM TELEPHONE NUMBER: (212) 335-4837
    FIRM FAX NUMBER: (212) 917-778-8074

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 10/24/2016      /s/ Britt C. Hamilton
              ATTORNEY'S SIGNATURE